# DECLARATION OF JUSTIN T. HOLCOMBE

I, Justin T. Holcombe, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1. My name is Justin Tharpe Holcombe, I am over the age of twenty-one (21), and I am competent in all respects to testify regarding the matters set forth herein.

2. I voluntarily give this declaration in the case of *Justin T. Holcombe v. DIRECTV, LLC*, in the U.S. District Court, N.D. Ga., Civil Action File No. 4:15-cv-00154-LMM.

3. I am the plaintiff in said case.

4. The factual matters stated in this DECLARATION are based upon my personal knowledge unless stated otherwise.

5. Between April, 2010 and March, 2014, I was a subscriber of satellite television programming from DIRECTV at my home in Bartow County, Georgia.

6. In February or March of 2014, I called DIRECTV to cancel my account.

7. When I called DIRECTV to cancel my account, I asked that the account be terminated through the date that I had already paid for services. I asked for

this date so that I would not have to deal with either future bills or a partial refund of amounts already paid.

8. After cancelling my account, I was surprised to receive a final bill in March, 2014 when I was under the impression that I had already paid through the final date of service.

9. The day I received the final bill, I called DIRECTV to dispute the bill because I had asked that service be discontinued as of the date that I had already paid through.

10. In the telephone call, DIRECTV customer service told me that I was obligated to pay the bill.

11. In the telephone call, I told DIRECTV to remove my credit card information from its system, not to charge my credit card, and to delete my telephone number from its system because I did not want to do business with DIRECTV ever again nor to receive telephone calls from DIRECTV.

12. In April, 2014, I used a prepaid card received as a rebate from an unrelated purchase to pay the final bill.

13. Despite the dispute, I paid the bill because maintaining excellent credit is very important to me and I know from experience in representing consumers in Fair Credit Reporting Act litigation how difficult it can be to remove disputed and inaccurate tradelines from consumer credit reports.

14. I also returned the leased receivers and remotes to DIRECTV as it requested.

15. Accordingly, as of the payment of my final bill to DIRECTV, I was no longer receiving service and had completed all obligations required of me under the old customer agreements.

16. After terminating my service, DIRECTV began calling and mailing me seeking to solicit me to enter into a new agreement with DIRECTV to purchase 24 months of satellite television services.

17. DIRECTV had no reason to call me after I paid my final bill and returned the equipment except to attempt to sell me new services.

18. DIRECTV offered me promotional offers which included $19.99 for service for 12 months with regular rates thereafter if I agreed to a new 24 month term.

19. On multiple occasions in 2014, I told DIRECTV that I was not interested in receiving their services or doing business with DIRECTV, and I requested that DIRECTV cease calling me and place my number on the DIRECTV do not call list.

20. For instance, on June 2, 2014 at 5:49 PM Eastern Daylight Time, I received a telephone call from telephone number (302) 394-9567. I immediately returned the call to DIRECTV at telephone number (302) 394-9567 and

requested that the calls cease and that I be placed on the DIRECTV do not call list.

21. Despite such requests, I continued to be called repeatedly by DIRECTV from several telephone numbers, including but not limited to, 2153835679, 3023949567, 8009136581, 8036751226, 8773896582, and 4045372641.

22. In the telephone calls, DIRECTV does not provide its identity at the beginning of the calls.

23. When I would return a telephone call, I would be told that the purpose of the calls were to solicit me to purchase DIRECTV subscription satellite television services.

24. I have continued to receive calls as recently as May, 2015, including calls on May 26, 2015 from telephone number 4045372641 at approximately 2:45 P.M. and again at approximately 3:13 P.M.

25. Since cancelling my service with DIRECTV, it has called me more than 90 times for the purpose of selling me satellite television services.

26. As a result of the continuing and persistent telephone calls I was receiving attempting to sell me services that I obviously did not want, I filed this lawsuit to obtain damages against the Defendant and to enjoin it from continuing to call me.

27. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NOT

Executed on this <u>2nd</u> day of September, 2015.

_____
JUSTIN T. HOLCOMBE
DECLARANT